GARY E. KLAUSNER (STATE BAR NO. 69077)
gklausner@stutman.com
SCOTT H. YUN (STATE BAR NO. 185190)
syun@stutman.com
AVI E. MUHTAR (STATE BAR NO. 260728)
amuhtar@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

[Proposed] Bankruptcy Counsel
for Debtor and Debtor in Possession

Debtor's Mailing Address:
401 S. Doubleday Avenue
Ontario, CA 91761

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:09-bk-18312-TD |
| PHOENIX MC, INC., a Delaware corporation, | Chapter 11 |
| Debtor. | **SUBMISSION OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND LIST OF EQUITY SECURITY HOLDERS** |
| Tax I.D. 26-1212228 | |
| | [NO HEARING REQUIRED] |

1    Phoenix MC, Inc., the debtor and debtor in possession in the above-referenced case,

2    hereby submits its Schedules, Statement of Financial Affairs and List of Equity Security Holders,

3

4

5    Dated: May 12, 2009                          /s/ Scott H. Yun
                                                  SCOTT H. YUN, a Member of
6                                                 STUTMAN, TREISTER & GLATT
                                                  PROFESSIONAL CORPORATION
7                                                 [Proposed] Bankruptcy Counsel
                                                  for Debtor and Debtor in Possession

# SCHEDULES

# United States Bankruptcy Court
## Central District of California

In re    **Phoenix MC, Inc.**               ,      Case No.    **6:09-bk-18312-TD**

                              Debtor              Chapter              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,352,558.10 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 8,293,280.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 133,303.20 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 8,122,950.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | Total Assets | | 7,352,558.10 | | |
| | | Total Liabilities | | 16,549,533.92 | |

B6A (Official Form 6A) (12/07)

In re **Phoenix MC, Inc.**        Case No. **6:09-bk-18312-TD**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Phoenix MC, Inc.**                                                                    Case No.   **6:09-bk-18312-TD**
_____,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 150.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 1894202074 at Comerica Bank 611 Anton Blvd. Costa Mesa, CA 92626-4558** | - | 58,481.65 |
| | | **Checking  Account no. 773-3325166 Wells Fargo Bank, N.A. 3401 Centrelake St #100 Ontario, CA 91761** | - | 4,349.45 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Cucamonga Valley Water District** | - | 150.00 |
| | | **Southern California Edison** | - | 2,350.00 |
| | | **Gas Company** | - | 35.00 |
| | | **MEF Realty** | - | 67,026.96 |
| | | **Caliber Property** | - | 2,550.00 |
| | | **City of Ontario** | - | 1,066.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 136,159.06 |
|---|---|---|
|  | (Total of this page) | |

_**3**_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re __Phoenix MC, Inc.__        Case No. __6:09-bk-18312-TD__
                                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Note Receivable from AELLC | - | 21,027.52 |

                                                    Sub-Total >       21,027.52
                                               (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re    **Phoenix MC, Inc.**                  Case No.   **6:09-bk-18312-TD**

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Ford F550 Crew Cab 401 S Doublday Ave, Ontario, CA | - | 63,326.47 |
| | | Ford F250 Crew Cab | - | 11,245.34 |
| | | Millenium Auto Carrier | - | 60,730.97 |
| | | Tow Truck | - | 17,447.60 |
| | | Electric SUT Prototype | - | 52,105.22 |
| | | Electric SUT Prototype | - | 61,440.94 |
| | | Electric SUT Prototype | - | 54,438.54 |
| | | Electric SUT Prototype | - | 64,764.24 |
| | | Electric SUT Prototype | - | 67,774.45 |
| | | Electric SUT Prototype | - | 49,968.00 |
| | | Electric SUT Prototype | - | 105,179.29 |

Sub-Total >      608,421.06
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re  **Phoenix MC, Inc.**                                      Case No. __6:09-bk-18312-TD__
_____,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Electric SUT Prototype | - | 156,086.04 |
| | | 4 x Ssangyong Diesel SUVs | - | 70,513.82 |
| | | 9 x Ssangyong Diesel SUTs | - | 156,320.01 |
| | | Parts & Accessories | - | 72,559.37 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture & Fixtures 401 S Doubleday Ave, Ontario CA | - | 42,713.04 |
| | | Computer Hardware 401 S Doubleday Ave, Ontario CA | - | 169,813.08 |
| | | Computer Software, 401 S Doubleday Ave, Ontario CA | - | 81,753.63 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 401 S Doubleday Ave, Ontario CA | - | 202,504.44 |
| 30. Inventory. | | 401 S Doubleday Ave, Ontario CA | - | 4,546,908.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold Improvements, 401 S Doubleday Ave, Ontario CA | - | 257,083.31 |
| | | Prepaid Expenses | - | 830,695.72 |

|  | Sub-Total > | 6,586,950.46 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 7,352,558.10 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Phoenix MC, Inc.**                              Case No.   **6:09-bk-18312-TD**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| **Al Yousuf, LLC Mezzanine Floor, Yamaha Showroom Sheikh Zayed Road  DUBAI UAE** | - | | | | | | | | | |
| | | | | | Value $         0.00 | | | | 8,293,280.60 | 8,293,280.60 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | Subtotal (Total of this page) | 8,293,280.60 | 8,293,280.60 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 8,293,280.60 | 8,293,280.60 |

**0**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Phoenix MC, Inc.**          Case No.   **6:09-bk-18312-TD**

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              **1**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Phoenix MC, Inc.**                                              Case No.    **6:09-bk-18312-TD**
_____ ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Use Taxes | | | | | |
| California Board of Equalization PO Box 942879 Sacramento, CA 94279-8063 | - | | | | X | | 102,892.20 | 35,634.72 / 67,257.48 |
| Account No. | | | Tax | | | | | |
| DMW PO Box 942894 Sacramento, CA 94294-0894 | - | | | | | | 1.00 | 0.00 / 1.00 |
| Account No. | | | Interst Withholding for AYG | | | | | |
| Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | - | | | | X | | 30,410.00 | 0.00 / 30,410.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 35,634.72 |
|---|---|---|
| | | 133,303.20 / 97,668.48 |
| | Total (Report on Summary of Schedules) | 35,634.72 |
| | | 133,303.20 / 97,668.48 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re __Phoenix MC, Inc.__           Case No. __6:09-bk-18312-TD__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **24 Tech Corporation** <br> **8439 White Oak Ave.** <br> **#108** <br> **Rancho Cucamonga, CA 91730** | - | | | | | | 775.00 |
| Account No. | | | Trade Debt | | | | |
| **Able Industrial Products, Inc.** <br> **2006 South Baker Ave** <br> **Ontario, CA 91761** | - | | | | | | 16.21 |
| Account No. | | | | | | | |
| **ADT Security Services** <br> **PO Box 371956** <br> **Pittsburgh, PA 15250-7956** | - | | | | | | 102.34 |
| Account No. | | | Trade Debt | | | | |
| **Aqua Tech Aquarium Service LP** <br> **PO Box 3373** <br> **San Dimas, CA 91773** | - | | | | | | 179.16 |
| __17__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,072.71 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:35985-090414    Best Case Bankruptcy

In re **Phoenix MC, Inc.**                              Case No. **6:09-bk-18312-TD**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Trade Debt | | | | |
| BC Tools and Carbide Inc 1232 Monte Vista Ave Suite 6 Upland, CA 91786-8213 | - | | | | | | 1,430.78 |
| Account No. | | | Advertising | | | | |
| BCII 3500 San Fernando Blvd. Burbank, CA 91505 | - | | | | | | 375,000.00 |
| Account No. | | | Customer Deposit | | | | |
| Bill Dale c/o Carl Johnson 13453 Beach Avenue Marina Del Rey, CA 90292 | - | | | | | | 10,000.00 |
| Account No. | | | Settlement | | | | |
| Boshart Engineering 1175 N Del Rio Pl Ontario, CA 91764 | - | | | | | | 500,000.00 |
| Account No. | | | Customer Deposit | | | | |
| Brian J. Greene 4851 Bethany Lee Santa Maria, CA 93455-4852 | - | | | | | | 12,000.00 |

Sheet no. **1** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal (Total of this page)      **898,430.78**

In re    **Phoenix MC, Inc.**                                                           Case No.   **6:09-bk-18312-TD**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Furniture Rental | | | | |
| **Brook Furniture Rental** 4078 Payspher Circle Chicago, IL 60674 | - | | | | | | 851.20 |
| Account No. | | | Trade Debt | | | | |
| **CarQuest** Airport Dr. #7717 Ontario, CA 91761 | - | | | | | | 102.00 |
| Account No. | | | | | | | |
| **Christopher Van Son** PO Box 1127 Oak View, CA 93022 | - | | | | | | 3,500.00 |
| Account No. | | | Trade Debt | | | | |
| **Cintas Corporation** 2150 S Proforma Ave Ontario, CA 91761-8518 | - | | | | | | 657.03 |
| Account No. | | | Equipment Lessor | | | | |
| **CIT Financial Services** 10201 Centurion Parkway North #100 Jacksonville, FL 32256 | - | | | | | | 612.51 |

Sheet no. **2** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,722.74**

In re __Phoenix MC, Inc._____,  Case No. __6:09-bk-18312-TD__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| City of Ontario Revenue Department 303 East B Street Ontario, CA 91761-1076 | - | | | | | | 784.64 |
| Account No. | | | Trade Debt | | | | |
| Continental Automotive Electronics 249 Geumho-Ri Buyong-Myeon, Cheongwon-Gun Republic of China | - | | | | X | | 69,685.28 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Dale & Lynn Blair 291 South Mountain Road Fruit Heights, UT 84037 | - | | | | | | 2,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Dale Christensen PO Box 2457 Seal Beach, CA 90740 | - | | | | | | 1,000.00 |
| Account No. | | | Oldco Board Fees | | | | |
| Daniel K. Riegert 763 Ashley Rd Santa Barbara, CA 93108 | - | | | | | | 12,500.00 |

Sheet no. _3_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   86,469.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __Phoenix MC, Inc.__ _____,    Case No. __6:09-bk-18312-TD__
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| David Coumbe 445 Birmingham Road Bordesley, Redditch Worcestershire United Kingdom | - | | | | | | 2,000.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| DMM Mgmt & Insurance Svcs Inc. 407 Foothill Road Ojai, CA 93023 | - | | | | | | 3,340.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Donald J. Crevier 1500 Auto Mall Drive Santa Ana, CA 92705 | - | | | | | | 2,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Edgar & Roseanne Fontanilla PO Box 1802 Kahului, HI 96733 | - | | | | | | 2,000.00 |
| Account No. | | | Conference Vendor | | | | |
| EDTA 1101 Vermont Avenue Washington, DC 20005 | - | | | | | X | 6,600.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 16,440.00

In re   **Phoenix MC, Inc.**                                ,     Case No.  **6:09-bk-18312-TD**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Oldco Board Fees | | | | |
| Edward M. Jones<br>2275 W. 25th Street, #237<br>San Pedro, CA 90732 | - | | | | | | | 12,500.00 |
| **Account No.** | | | | Settlement | | | | |
| Electricab Taxi Co<br>PO Box 1197<br>Sacramento, CA 95812 | - | | | | X | | | 0.00 |
| **Account No.** | | | | Shipping | | | | |
| Elite Logistics World Wide<br>LA Terminal<br>6600 NE 78th Court<br>Portland, OR 97218 | - | | | | | | | 7,593.97 |
| **Account No.** | | | | Trade Debt | | | | |
| Energy Control Systems Engineering<br>DBA Energy CS<br>135 East Maple Ave., #C<br>Monrovia, CA 91016 | - | | | | | | | 21,059.37 |
| **Account No.** | | | | Money Owed as Part of 2008 Restructuring | | | | |
| Erin Schmidt<br>3626 Keystone #7<br>Los Angeles, CA 90034 | - | | | | | | | 2,500.00 |

Sheet no.  **5**  of  **17**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal        | **43,653.34**
(Total of this page)

In re __Phoenix MC, Inc.__         Case No. __6:09-bk-18312-TD__

                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Federal Express** <br> PO Box 7221 <br> Pasadena, CA 91109-7321 | | - | Trade Debt | | | | 61.89 |
| Account No. <br><br> **Fineline** <br> 580 E. Arrow Highway #A <br> San Dimas, CA 91773 | | - | Trade Debt | | | | 264.13 |
| Account No. <br><br> **Floyd Associates** <br> 9595 Wilshire Blvd <br> #700 <br> Beverly Hills, CA 90212 | | - | Consultant | | | | 1,869.40 |
| Account No. <br><br> **Gary Keith Denton** <br> 3232 Terzilla Place <br> Los Angeles, CA 90065 | | - | Money Owed as Part of 2008 Restructuring | | | | 2,390.00 |
| Account No. <br><br> **Gas Company** <br> PO Box C <br> Monterey Park, CA 91756 | | - | Utility | | | | 378.52 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,963.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Phoenix MC, Inc.**                                           Case No.   **6:09-bk-18312-TD**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Money Owed as Part of 2008 Restructuring | | | | |
| **Grace Sperling** **3045 Puelei Circle #113** **Honolulu, HI 96815** | | | | | | | | 2,500.00 |
| Account No. | | - | | Trade Debt | | | | |
| **Grainger** **Dept. 872687777** **Palatine, IL 60038-0001** | | | | | | | | 165.77 |
| Account No. | | - | | Trade Debt | | | | |
| **HR Alternatives, Inc.** **4910 Campus Drive** **Newport Beach, CA 92660-2119** | | | | | | | | 300.00 |
| Account No. | | - | | Money Owed as Part of 2008 Restructuring | | | | |
| **Jan Ka'aikala** **409 Hopena Place** **Kahului, HI 96732** | | | | | | | | 2,000.00 |
| Account No. | | - | | Money Owed as Part of 2008 Restructuring | | | | |
| **Janet Kraus & Cary Leskanic** **1230 Santiago Drive** **Newport Beach, CA 92660** | | | | | | | | 2,000.00 |

Sheet no.  **7**  of  **17**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,965.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Phoenix MC, Inc.**                                    Case No.   **6:09-bk-18312-TD**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Jerry & Ann Small 19881 Potomac Lane Huntington Beach, CA 92646 | | - | | | | | 1,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Jimmy Chaffin 1510 Arabian Drive Henderson, NV 89015 | | - | | | | | 1,250.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| John & Michele Martin PO Box 2095 Avalon, CA 90704 | | - | | | | | 2,000.00 |
| Account No. | | | Trade Debt | | | | |
| Jr's Tools & Contractor 6925 Paramount Blvd Long Beach, CA 90805 | | - | | | | | 318.00 |
| Account No. | | | Customer Deposit | | | | |
| Kara L. Di Giorgio 8016 Kaeli Ct Stockton, CA 95212 | | - | | | | | 47,500.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **52,568.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Phoenix MC, Inc.**                                    Case No.  __6:09-bk-18312-TD__

_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Kenneth & Robin Schmidt<br>PO Box 1<br>133 East Street<br>Onalaska, WA 98570 | - | | | | | | 2,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Kurt Dillard<br>506 N Orleans<br>Henderson, NV 89015 | - | | | | | | 1,250.00 |
| Account No. | | | Legal Fees | | | | |
| Lee Anav Chung LLP<br>Accounting Department<br>555 W. Fifth Street, 31st Floor<br>Los Angeles, CA 90013 | - | | | | | | 110,142.20 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Mark Sperling<br>3045 Puelei Circle #113<br>Honolulu, HI 96815 | - | | | | | | 2,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Mark T. Rothhaar<br>720 E Midway Street<br>Escondido, CA 92025 | - | | | | | | 2,630.00 |

Sheet no. _9_ of _17_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **119,022.20**

In re     **Phoenix MC, Inc.**                 Case No.    **6:09-bk-18312-TD**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **Marty Wynn** <br> **2580 KeKaa Dr** <br> **#127** <br> **Lahaina, HI 96761** | - | | | | | X | 900.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| **Matthew & Helen Sperling** <br> **1861 Grand View Drive** <br> **Oakland, CA 94618** | - | | | | | | 2,500.00 |
| Account No. | | | Trade Debt | | | | |
| **McMaster-Carr** <br> **PO Box 7690** <br> **Chicago, IL 60680-7690** | - | | | | | | 191.97 |
| Account No. | | | Trade Debt | | | | |
| **Merrill Communications LLC** <br> **CM-9638** <br> **Saint Paul, MN 55170** | - | | | | | | 726.40 |
| Account No. | | | Financing Fee | | | | |
| **Merriman Curham Ford & Co.** <br> **600 California St.** <br> **9th Floor** <br> **San Francisco, CA 94108** | - | | | | | | 600,000.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   (Total of this page)     **604,318.37**

In re    **Phoenix MC, Inc.**                                                    Case No.   **6:09-bk-18312-TD**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **MessageLabs** **512 7th Ave., 6th Flr** **New York, NY 10018** | - | | | | | | 684.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| **Michael D. Howard** **11 Ocean Ridge** **Laguna Niguel, CA 92677** | - | | | | | | 2,500.00 |
| Account No. | | | Trade Debt | | | | |
| **Mouser Electronics** **PO Box 99319** **Fort Worth, TX 76199-0319** | - | | | | | | 124.37 |
| Account No. | | | Legal Fees | | | | |
| **O'Melveny & Myers LLP** **400 S Hope St** **Los Angela, CA 90071-2899** | - | | | | | | 207,937.22 |
| Account No. | | | Trade Debt | | | | |
| **Office Depot** **PO Box 70025** **Los Angeles, CA 90074-0025** | - | | | | | | 898.60 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         212,144.19

In re  **Phoenix MC, Inc.**                                    Case No.  **6:09-bk-18312-TD**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Ramon & Julie Orta 12792 Safford Garden Grove, CA 92840 | - | | | | | | 1,000.00 |
| Account No. | | | Customer Deposit | | | | |
| Raymond T. Szekunda 1590 N. Walnut St. La Habra Heights, CA 90631 | - | | | | | | 11,875.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Robert Brubaker 2275 W 25th Street #105 San Pedro, CA 90732 | - | | | | | | 1,200.00 |
| Account No. | | | Oldco Board Fees | | | | |
| Robert C. Davis, Jr. 1380 Gridley Rd Ojai, CA 93023 | - | | | | | | 12,500.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Robert P. Kittell PO Box 1197 Sacramento, CA 95812 | - | | | | | | 4,000.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **30,575.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Phoenix MC, Inc.**                                          Case No.   **6:09-bk-18312-TD**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Money Owed as Part of 2008 Restructuring | | | | |
| Rosie Dela Cruz 179 Mokuah Street Makawao, HI 96768 | - | | | | | | | 2,000.00 |
| Account No. | | | | Mechanic's Lien on leased property | | | | |
| Safeway Building Services, Inc. 1474 N. Miller Dr Colton, CA 92324 | - | | | | | X | | 5,933.00 |
| Account No. | | | | Utility | | | | |
| Southern California Edison PO Box 600 Rosemead, CA 91771-0001 | - | | | | X | | | 1,882.78 |
| Account No. | | | | Money Owed as Part of 2008 Restructuring | | | | |
| Southern Funding, Inc. 419 30th Street Newport Beach, CA 92663 | - | | | | | | | 1,250.00 |
| Account No. | | | | Trade Debt | | | | |
| Staples Inc. Dept LA 1368 PO Box 83659 Chicago, IL 60696-3689 | - | | | | | | | 297.47 |

Sheet no. __13__ of __17__ sheets attached to Schedule of                     Subtotal                11,363.25
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

In re  **Phoenix MC, Inc.**                                    Case No.  **6:09-bk-18312-TD**
_____                              _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Oldco Board Fees | | | | |
| Steven K Northrup 5650 Big Sky Drive Las Cruces, NM 88012 | - | | | | | | 2,500.00 |
| Account No. | | | Mechanic's Lien on leased property | | | | |
| Summers Group, Inc. (dba Rexel) 1990 N., California Blvd Suite 1055 Walnut Creek, CA 94596 | - | | | | | X | 28,847.07 |
| Account No. | | | Trade Debt | | | | |
| Tekpo Group 7940 Cherry Avenue Suite 202 Fontana, CA 92336 | - | | | | | | 3,649.16 |
| Account No. | | | Utility | | | | |
| TelePacific PO Box 526015 Sacramento, CA 95852-6015 | - | | | | | | 0.00 |
| Account No. | | | Money Owed as Part of 2008 Restructuring | | | | |
| Terrence M. Green 9076 Heron Avenue Fountain Valley, CA 92708 | - | | | | | | 1,000.00 |

Sheet no.  **14**  of  **17**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  35,996.23

In re    **Phoenix MC, Inc.**                                           Case No.  **6:09-bk-18312-TD**
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Severance | | | | |
| Thad Balkman 3403 36th Avenue NE Norman, OK 73026 | - | | | | X | | 18,750.00 |
| Account No. | | | Oldco Board Fees | | | | |
| The Estate of Dana M. Muscato 910 Mercer Ave. Ojai, CA 93023 | - | | | | | | 12,500.00 |
| Account No. | | | Customer Deposit | | | | |
| Thomas H Wright Jr 5929 Picnic Woods Rd Jefferson, MD 21755-9122 | - | | | | | | 11,875.00 |
| Account No. | | | | | | | |
| Thomas Martell 60 Southside Dr Owego, NY 13827 | - | | | | | | 3,340.00 |
| Account No. | | | Consulting Fees | | | | |
| Three Square, Inc. 1507 7th St., #105 Santa Monica, CA 90401 | - | | | | | | 2,445.80 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              48,910.80

In re  **Phoenix MC, Inc.**

Debtor

Case No.  **6:09-bk-18312-TD**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Unisource Apparel, Inc. 3100 E Cedar St., Unit 12 Ontario, CA 91761 | | - | | | | | | 61.00 |
| Account No. | | | | Trade Debt | | | | |
| UPS PO Box 894820 Los Angeles, CA 90189-4820 | | - | | | | | | 40.48 |
| Account No. | | | | Judgment | | | | |
| UQM Technologies 7501 Miller Drive PO Box 439 Frederick, CO 80530 | | - | | | | | | 5,400,000.00 |
| Account No. | | | | Utility | | | | |
| Verizon Wireless PO Box 9622 Mission Hills, CA 91346-9622 | | - | | | | | | 2,587.87 |
| Account No. | | | | Trade Debt | | | | |
| Visionary Vehicles 172 Duane Street New York, NY 10013 | | - | | | | | | 353,404.74 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,756,094.09

In re   **Phoenix MC, Inc.**                                          Case No.   **6:09-bk-18312-TD**
_____                              _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade Debt** | | | | |
| **Wheel Bearings, Inc.** **356 Expressway Ct.** **Gaylord,, MI 49735** | - | | | | | X | 34,959.73 |
| Account No. | | | **Legal Fees** | | | | |
| **Williams & Connolly LLP** **725 12th Street NW** **Washington, DC 20005-5901** | - | | | | | | 153,279.06 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no.  **17**  of  **17**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 188,238.79 |
| Total (Report on Summary of Schedules) | | 8,122,950.12 |

In re   **Phoenix MC, Inc.**                                                 Case No.   **6:09-bk-18312-TD**

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

**\*\*The information in Schedule G is being provided for informational purposes. Neither inclusion nor omission of a lease or a contract in Schedule G shall be deemed an admission that a lease or a contract is an unexpired lease or an executory contract.**

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Edward Ortiz, Ana Munoz**<br>c/o Caliber Property Management<br>8350 Archibald Ave. Suite 140<br>Rancho Cucamonga, CA 91730 | **Lease of single family residence located at 5683 Pasadena, Rancho Cucamonga, CA 91739. Debtor is the Lessee** |
| **MEF Realty LLC c/o The Muller Co**<br>**Attn: Jon Muller**<br>**23521 Paseo de Valencia, Suite 200**<br>**Laguna Hills, CA 92653** | **Lease of Industrial Property located at 401 S Doubleday Avenue, Ontario, CA 91761. Debtor is the Lessee Note: Additional Addresses for Landord are: (1) The Muller Company, 7887 Mission Grove Pkwy S, Suite A, Riverside CA 92508, Attn: Lisa Aguirre; and (2) Allen Matkins Leck Gamble Mallory & Natsis LLP, Attn: Neil Gluck, Esq. 515 South Figueroa Street, 7th Floor, Los Angeles, CA 90071-3398** |
| **MEF Realty LLC c/o The Muller Co.**<br>**Attn: Jon Muller**<br>**23521 Paseo de Valencia, Suite 200**<br>**Laguna Hills, CA 92653** | **Lease of Industrial Property located at 301 S Doubleday Avenue, Ontario, CA 91761. Debtor is the Lessee Note: Additional Addresses for Landord are: (1) The Muller Company, 7887 Mission Grove Pkwy S, Suite A, Riverside CA 92508, Attn: Lisa Aguirre; and (2) Allen Matkins Leck Gamble Mallory & Natsis LLP, Attn: Neil Gluck, Esq. 515 South Figueroa Street, 7th Floor, Los Angeles, CA 90071-3398** |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

In re   **Phoenix MC, Inc.**                               ,       Case No.   **6:09-bk-18312-TD**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Phoenix MC, Inc.**                                                    Case No.     **6:09-bk-18312-TD**

Debtor(s)                               Chapter      **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _29_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date     **5/12/09**                                    Signature  _Dennis J Hogan_
                                               **Dennis J Hogan**
                                             **CFO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF FINANCIAL AFFAIRS

# United States Bankruptcy Court
## Central District of California

In re    **Phoenix MC, Inc.**                                 Case No.    **6:09-bk-18312-TD**

                                   Debtor(s)                          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT $37,000.00       SOURCE   Engineering Services
      AMOUNT $485.44          SOURCE   Interest Income
                                     PERIOD 1/1/09-4/27/09

      AMOUNT $2,321.40        SOURCE   Equipment Sales
      AMOUNT $39.18            SOURCE   Postage & Delivery
      AMOUNT $280.00         SOURCE   Sale of Promotional Items
      AMOUNT $31,416.74      SOURCE   Interest Income
                                     PERIOD 4/1/07-12/31/08

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

See Attached Spreadsheets

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attached Spreadsheets

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Boshart Engineering, Inc. v. Daniel J. Elliott, Phoenix Motorcars, Inc., KPCB Holdings, Inc. dba Kleiner Perkins Caufield & Byers | Contract Dispute | Superior Court of the State of California, San Bernardino County, Rancho Cucamonga District | Automatically Stayed |
| UQM Technologies, Inc. v. Phoenix MC, Inc. | Contract Dispute | Superior Court of California, Los Angeles County Central District | Binding arbitration award entered |
| Summers Group Inc dba Rexel v. Paul Robert Beck dba Beck Electric; MEF Realty LLC; Phoenix MC, Inc. | Complaint to Foreclose Mechanics Lien | Superior Court of California, San Bernardino County, Rancho Cucamonga District | Automatically stayed |
| Summers Group Inc dba Rexel v. Paul Robert Beck dba Beck Electric; MEF Realty LLC; Phoenix MC, Inc. Cross Compaint by MEF Realty v. Paul Robert Beck dba Beck Electric; Phoenix MC, Inc. | Cross Complaint re: above Complaint to Foreclose Mechanics Lien | Superior Court of California, San Bernardino County, Rancho Cucamonga District | Automatically stayed |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Joe Baca Foundation PO Box 427, San Bernardino, CA 92402 | None | 1/9/2009 | Cash - $600 |

### 8. Losses

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| All Electric SUT Prototype | Controller exploded, setting car on fire Insurance claim filed against controller manufacturer. Settlement pending | 12/29/2008 |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stutman Treister & Glatt 1901 Ave of the Stars Los Angeles, CA 90067 | 4/13/2009 | $100,000 |

### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | | | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- | --- | --- |
| Wells Fargo Bank, 3401 Centrelake St #100 | Checking | 5166 | $4,349.45 | 4/28/2009 |
| Ontario, CA 91761 | Savings | 3873 | $0 | 10/9/2008 |
| | Savings | 2140 | $0 | 9/8/2008 |
| Comerica Bank, 611 Anton Blvd, | Checking | 2082 | $0 | 12/3/2008 |
| Costa Mesa, CA 92656-4558 | Checking | 2074 | $58,481.65 | 4/30/2009 |
| | Savings | 2090 | $0 | 4/15/2009 |

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | | LOCATION OF PROPERTY |
| --- | --- | --- | --- |
| Al Yousuf LLC, PO Box 25, Dubai, UAE | Daihatsu Sirion | $10,000 | 401 S Doubleday Ave, Ontario CA |
| Al Yousuf LLC, PO Box 25, Dubai, UAE | Taxi Seating Buck | $50,000 | 301 S Doubleday Ave, Ontario CA |
| ZAP!, 501 Fourth St, Santa Rosa, CA 95401 | ZAP Xebra | $10,000 | 401 S Doubleday Ave, Ontario CA |
| ZAP!, 501 Fourth St, Santa Rosa, CA 95401 | ZAP Alias Concept Model | $50,000 | 301 S Doubleday Ave, Ontario CA |
| ZAP!, 501 Fourth St, Santa Rosa, CA 95401 | ZAP Zapino | $ 3,500 | 301 S Doubleday Ave, Ontario CA |
| Starpoint USA, 1055 W Victoria St., Compton CA 90220 | Dong Feng Truck | $ 5,000 | 301 S Doubleday Ave, Ontario CA |

### 15. Prior address of debtor

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1175 N Del Rio Pl, Ontario, CA 91764 | Phoenix MC Inc | 6/2007-8/2007 |
| 3175E Sedona Ct #23, Ontario, CA 91764 | Phoenix MC Inc | 8/2007-10/2007 |
| 4502 Brickell Privado, Ontario, CA 91764 | Phoenix MC Inc | 8/2007-10/2007 |
| 104 W Gray St, Norman OK 73069 | Phoenix MC Inc | 12/2007-12/2008 |
| 4083 E Airport Dr, Ontario CA 91761 | Phoenix MC Inc | 5/2008-10-2008 |

### 16. Spouses and Former Spouses

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☒ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Dennis J Hogan, 401 S Doubleday Ave, Ontario, CA 91761 | 6/2007-Date |

None ☒ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS | |
|---|---|---|
| Dennis J Hogan, 401 S Doubleday Ave, Ontario, CA 91761 | | 6/2007-Date |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| February 2009 | Dennis J Hogan | $4,194,186.37 – Lower cost or market |

Only physical inventory performed

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| February 2009 | Dennis J Hogan, 401 S Doubleday Ave, Ontario CA 91761 |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP | |
|---|---|---|---|
| Daniel J Elliott, 6984 Golden Rain Way Rancho Cucamonga CA 91739 | Director & Chairman of the Board & Chief Executive Officer | None | |
| Eqbal Al Yousuf, PO Box 25, Dubai, UAE | Director | None | |
| Robert Hemphill, 4300 Wilson Blvd, 11th floor Arlington, VA 22203 | Director | None | |
| Alex Lee, 1132 7th St #1, Santa Monica CA 90403 | President & Chief Operating Officer | None | |
| Dennis J Hogan, 553 N Homerest Ave, West Covina, CA 91791 | Chief Financial Officer Secretary & Treasurer | None | |
| Al Yousuf LLC, PO Box 25, Dubai, UAE | | 8,091,230 Series A Preferred – 40.22% Voting Stock | |
| AES Corporation, 4300 Wilson Blvd, 11th floor Arlington, VA 22203 | | 2,549,394 Series A Preferred – 12.67% Voting Stock | |
| Quercus Trust | | 4,100,000 Series A Preferred – 20.38% Voting Stock | |
| All Electric LLC, 416 Bryant Circle #C, Ojai CA93023 | | 5,375,321 Common | 26.72% Voting Stock |

**22 . Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Thad Balkman, 3403 36th Ave NE, Norman OK 73026 | General Counsel | 3/25/2009 |

486317v1

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                    AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE           OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL              VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _5/12/2009_                    Signature _Dennis J Hogan_
                                              **Dennis J Hogan**
                                              **CFO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Attachment
## Item 3.b. Payments to Creditors

| Date | Vendor Name | Amount Paid | Amount Owed as of 4/27/2009 | Street1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 2/27/2009 | 24 TECH | 2,281.25 | | | | | |
| 4/7/2009 | 24 TECH | 3,642.54 | | | | | |
| 4/21/2009 | 24 TECH | 1,075.00 | | | | | |
| | **24 TECH Total** | **6,998.79** $ | - | 8439 White Oak Ave., #108 | Rancho Cucamonga | CA | 91730 |
| 3/13/2009 | Air New Zealand | 4,968.90 | | | | | |
| 3/23/2009 | Air New Zealand | 1,647.00 | | | | | |
| | **Air New Zealand Total** | **6,615.90** | | N/A - Credit Card Travel Vendor | | | |
| 2/27/2009 | Blue Cross of California | 17,548.45 | | | | | |
| 3/12/2009 | Blue Cross of California | 17,992.87 | | | | | |
| | **Blue Cross of California Total** | **35,541.32** $ | - | PO Box 54630 | Los Angeles | CA | 90054-0630 |
| 1/30/2009 | Caliber Property Mgmt | 2,550.00 | | | | | |
| 2/27/2009 | Caliber Property Mgmt | 2,550.00 | | | | | |
| 4/2/2009 | Caliber Property Mgmt | 2,550.00 | | | | | |
| | **Caliber Property Mgmt Total** | **7,650.00** $ | - | 8350 Archibald Ave. Suite 140 | Rancho Cucamonga | CA | 91730 |
| 2/2/2009 | Energy CS | 187,553.90 | | | | | |
| | **Energy CS Total** | **187,553.90** $ | 21,059.37 | 135 East Maple Ave. #C | Monrovia | CA | 91016 |
| 2/6/2009 | *Jeff Ulrich | 4,120.29 | | | | | |
| 3/6/2009 | *Jeff Ulrich | 1,503.05 | | | | | |
| 4/23/2009 | *Jeff Ulrich | 2,219.89 | | | | | |
| | **\*Jeff Ulrich Total** | **7,843.23** $ | - | 21517 Olmstead | Dearborn | MI | 48124 |
| 2/27/2009 | *Kent Redwine | 13,168.03 | | | | | |
| 3/6/2009 | *Kent Redwine | 6,966.13 | | | | | |
| 4/23/2009 | *Kent Redwine | 3,306.73 | | | | | |
| | **\*Kent Redwine Total** | **23,440.89** $ | - | 1370 Filbert St #5 | San Francisco | CA | 94109 |
| 3/9/2009 | Lee Anav Chung, LLP | 20,000.00 | | | | | |
| 3/10/2009 | Lee Anav Chung, LLP | 30,000.00 | | | | | |
| | **Lee Anav Chung, LLP Total** | **50,000.00** $ | 110,142.20 | Accounting Department 555 W. Fifth St., 31st Floor | Los Angeles | CA | 90013 |
| 3/13/2009 | Maui Energy Group LLC | 10,000.00 | | | | | |
| | **Maui Energy Group LLC Total** | **10,000.00** $ | - | 640 Front St #5 | Lahaina | HI | 96761-1229 |
| 1/30/2009 | MEF Realty LLC/Airport | 32,999.11 | | | | | |
| 2/27/2009 | MEF Realty LLC/Airport | 29,836.25 | | | | | |
| 4/2/2009 | MEF Realty LLC/Airport | 23,567.70 | | | | | |
| | **MEF Realty LLC/Airport Total** | **86,403.06** $ | - | | | | |
| 2/20/2009 | O'Melveny & Myers LLP | 25,000.00 | | | | | |
| | **O'Melveny & Myers LLP Total** | **25,000.00** $ | 207,937.22 | 400 S Hope St | Los Angeles | CA | 90071-2899 |

| Date | Vendor Name | Amount Paid | Amount Owed as of 4/27/2009 | Street1 | City | State | Zip |
|------|-------------|-------------|------------------------------|---------|------|-------|-----|
| 2/20/2009 | Premium Financing Specialists | 9,679.27 | | | | | |
| 3/12/2009 | Premium Financing Specialists | 9,679.27 | | | | | |
| | **Premium Financing Specialists Total** | **19,358.54 $** | - | 12424 Wilshire Blvd #1030 | Los Angeles | CA | 90025 |
| 1/30/2009 | Robert Half Finance & | 5,950.00 | | | | | |
| | **Robert Half Finance & Total** | **5,950.00 $** | - | File 73484 PO Box 60000 | San Francisco | CA | 94160-3484 |
| 3/12/2009 | Safeco Business Insurance | 3,142.17 | | | | | |
| 3/12/2009 | Safeco Business Insurance | 3,142.17 | | | | | |
| | **Safeco Business Insurance Total** | **6,284.34 $** | - | PO Box 6478 | Carol Stream | IL | 60197-6478 |
| 1/30/2009 | StarPoint USA | 5,751.07 | | | | | |
| | **StarPoint USA Total** | **5,751.07 $** | - | | | | |
| 2/20/2009 | *Stephen J Williams | 13,988.00 | | | | | |
| | ***Stephen J Williams Total** | **13,988.00 $** | - | 2020 Tampa Ave | Oakland | CA | 94611 |
| 2/24/2009 | Tekpro Group | 4,016.84 | | | | | |
| 4/22/2009 | Tekpro Group | 3,649.16 | | | | | |
| | **Tekpro Group Total** | **7,666.00 $** | - | 7940 Cherry Ave. Suite 202 | Fontana | CA | 92336 |
| 2/3/2009 | United Airlines | 603.47 | | | | | |
| 2/3/2009 | United Airlines | 603.47 | | | | | |
| 2/4/2009 | United Airlines | 1,170.46 | | | | | |
| 2/13/2009 | United Airlines | 683.30 | | | | | |
| 2/16/2009 | United Airlines | 91.91 | | | | | |
| 2/16/2009 | United Airlines | 91.91 | | | | | |
| 2/17/2009 | United Airlines | 500.97 | | | | | |
| 2/17/2009 | United Airlines | 531.71 | | | | | |
| 2/17/2009 | United Airlines | 531.71 | | | | | |
| 3/5/2009 | United Airlines | 1,535.99 | | | | | |
| 3/17/2009 | United Airlines | 1,088.22 | | | | | |
| 3/17/2009 | United Airlines | 1,088.22 | | | | | |
| | **United Airlines Total** | **8,521.34 $** | - | N/A - Credit Card Travel Vendor | | | |
| 3/23/2009 | US Customs | 21,242.90 | | | | | |
| | **US Customs Total** | **21,242.90** | $ - | | | | |
| 2/20/2009 | Verizon Wireless | 2,134.62 | | | | | |
| 3/12/2009 | Verizon Wireless | 2,088.05 | | | | | |
| 4/7/2009 | Verizon Wireless | 20.37 | | | | | |
| 4/15/2009 | Verizon Wireless | 242.63 | | | | | |
| 4/20/2009 | Verizon Wireless | 24.45 | | | | | |
| 4/20/2009 | Verizon Wireless | 57.08 | | | | | |
| 4/23/2009 | Verizon Wireless | 2,587.87 | | | | | |
| | **Verizon Wireless Total** | **7,155.07 $** | - | P.O. Box 9622 | Mission Hills | CA | 91346-9622 |
| | **Grand Total** | **542,964.35 $** | **339,138.79** | | | | |

| Last | First | Gross Payroll | Date | Address | City | State | Zip Code |
|------|-------|--------------|------|---------|------|-------|----------|
| Ayoub | Malek K | 2,708.33 | 1/16/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 1/30/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 2/16/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 2/27/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 3/16/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 4/1/2009 | | | | |
| Ayoub | Malek K | 1,969.69 | 4/22/2009 | | | | |
| Ayoub | Malek K | 2,708.33 | 4/22/2009 | | | | |
| Ayoub Total | | 20,928.00 | | 240 Freedom Ave | Upland | CA | 91786 |
| | | | | | | | |
| Balkman | Thad H | 6,250.00 | 1/16/2009 | | | | |
| Balkman | Thad H | 6,250.00 | 1/30/2009 | | | | |
| Balkman | Thad H | 6,250.00 | 2/16/2009 | | | | |
| Balkman | Thad H | 6,250.00 | 2/27/2009 | | | | |
| Balkman | Thad H | 6,250.00 | 3/16/2009 | | | | |
| Balkman | Thad H | 20,673.08 | 4/1/2009 | | | | |
| Balkman Total | | 51,923.08 | | 3403 36th Ave NE | Norman | OK | 73026 |
| | | | | | | | |
| Black | Donovan | 800.00 | 1/9/2009 | | | | |
| Black | Donovan | 800.00 | 1/16/2009 | | | | |
| Black | Donovan | 800.00 | 1/23/2009 | | | | |
| Black | Donovan | 800.00 | 1/30/2009 | | | | |
| Black | Donovan | 800.00 | 2/6/2009 | | | | |
| Black | Donovan | 800.00 | 2/13/2009 | | | | |
| Black | Donovan | 800.00 | 2/20/2009 | | | | |
| Black | Donovan | 800.00 | 2/27/2009 | | | | |
| Black | Donovan | 800.00 | 3/6/2009 | | | | |
| Black | Donovan | 800.00 | 3/13/2009 | | | | |
| Black | Donovan | 800.00 | 3/20/2009 | | | | |
| Black | Donovan | 800.00 | 3/27/2009 | | | | |
| Black | Donovan | 800.00 | 4/3/2009 | | | | |
| Black | Donovan | 740.00 | 4/10/2009 | | | | |
| Black | Donovan | 800.00 | 4/17/2009 | | | | |
| Black | Donovan | 800.00 | 4/22/2009 | | | | |
| Black | Donovan | 960.00 | 4/22/2009 | | | | |
| Black Total | | 13,700.00 | | 1451 San Bernardino #30E | Upland | CA | 91786 |
| | | | | | | | |
| Bliss | Bryon D | 4,000.00 | 1/16/2009 | | | | |
| Bliss | Bryon D | 4,000.00 | 1/30/2009 | | | | |
| Bliss | Bryon D | 4,000.00 | 2/16/2009 | | | | |
| Bliss | Bryon D | 4,000.00 | 2/27/2009 | | | | |
| Bliss | Bryon D | 4,000.00 | 3/16/2009 | | | | |
| Bliss | Bryon D | 4,000.00 | 4/1/2009 | | | | |
| Bliss | Bryon D | 3,636.36 | 4/22/2009 | | | | |
| Bliss | Bryon D | 5,000.00 | 4/22/2009 | | | | |
| Bliss | Bryon D | 8,000.00 | 4/22/2009 | | | | |
| Bliss Total | | 40,636.36 | | 7725 Hess #3 | Rancho Cucamonga | CA | 91739 |
| | | | | | | | |
| Edgar | David L | 3,545.83 | 1/16/2009 | | | | |
| Edgar | David L | 3,545.83 | 1/30/2009 | | | | |
| Edgar | David L | 3,545.83 | 2/16/2009 | | | | |
| Edgar | David L | 3,545.83 | 2/27/2009 | | | | |
| Edgar | David L | 3,545.83 | 3/16/2009 | | | | |
| Edgar | David L | 3,545.83 | 4/1/2009 | | | | |
| Edgar | Daniel W | 964.08 | 4/22/2009 | | | | |
| Edgar | David L | 3,484.85 | 4/22/2009 | | | | |
| Edgar | David L | 4,791.67 | 4/22/2009 | | | | |

| Last | First | Gross Payroll | Date | Address | City | State | Zip Code |
|------|-------|--------------|------|---------|------|-------|----------|
| Edgar | David L | 9,966.72 | 4/22/2009 | | | | |
| **Edgar Total** | | **40,482.30** | | 2772 Bostonian | Los Alamitos | CA | 90720 |
| | | | | | | | |
| Elliott | Daniel J | 5,500.00 | 1/16/2009 | | | | |
| Elliott | Daniel J | 5,500.00 | 1/30/2009 | | | | |
| Elliott | Daniel J | 5,500.00 | 2/16/2009 | | | | |
| Elliott | Daniel J | 9,000.00 | 2/20/2009 | | | | |
| Elliott | Daniel J | 5,500.00 | 2/27/2009 | | | | |
| Elliott | Daniel J | 5,500.00 | 3/16/2009 | | | | |
| Elliott | Daniel J | 5,500.00 | 4/1/2009 | | | | |
| Elliott | Daniel J | 7,272.73 | 4/22/2009 | | | | |
| Elliott | Daniel J | 10,000.00 | 4/22/2009 | | | | |
| Elliott | Daniel J | 20,000.00 | 4/22/2009 | | | | |
| Elliott | Daniel J | 61,346.51 | 4/22/2009 | | | | |
| | | | | | | | |
| **Elliott Total** | | **140,619.24** | | 6984 Golden Rain Way | Rancho Cucamonga | CA | 91739 |
| | | | | | | | |
| Fallah | Yasaman | 560.00 | 1/9/2009 | | | | |
| Fallah | Yasaman | 560.00 | 1/16/2009 | | | | |
| Fallah | Yasaman | 532.00 | 1/23/2009 | | | | |
| Fallah | Yasaman | 560.00 | 1/30/2009 | | | | |
| Fallah | Yasaman | 476.00 | 2/6/2009 | | | | |
| Fallah | Yasaman | 609.00 | 2/13/2009 | | | | |
| Fallah | Yasaman | 560.00 | 2/20/2009 | | | | |
| Fallah | Yasaman | 560.00 | 2/27/2009 | | | | |
| Fallah | Yasaman | 546.00 | 3/6/2009 | | | | |
| Fallah | Yasaman | 420.00 | 3/13/2009 | | | | |
| Fallah | Yasaman | 504.00 | 3/20/2009 | | | | |
| Fallah | Yasaman | 560.00 | 3/27/2009 | | | | |
| Fallah | Yasaman | 560.00 | 4/3/2009 | | | | |
| Fallah | Yasaman | 560.00 | 4/10/2009 | | | | |
| Fallah | Yasaman | 560.00 | 4/17/2009 | | | | |
| Fallah | Yasaman | 560.00 | 4/22/2009 | | | | |
| Fallah | Yasaman | 672.00 | 4/22/2009 | | | | |
| **Fallah Total** | | **9,359.00** | | 621 E Pine St | Upland | CA | 91786 |
| | | | | | | | |
| Hogan | Dennis J | 3,600.00 | 1/16/2009 | | | | |
| Hogan | Dennis J | 3,600.00 | 1/30/2009 | | | | |
| Hogan | Dennis J | 3,600.00 | 2/16/2009 | | | | |
| Hogan | Dennis J | 3,600.00 | 2/27/2009 | | | | |
| Hogan | Dennis J | 3,600.00 | 3/16/2009 | | | | |
| Hogan | Dennis J | 3,600.00 | 4/1/2009 | | | | |
| Hogan | Dennis J | 5,655.27 | 4/22/2009 | | | | |
| Hogan | Dennis J | 7,776.00 | 4/22/2009 | | | | |
| Hogan | Dennis J | 15,552.00 | 4/22/2009 | | | | |
| Hogan | Dennis J | 35,251.20 | 4/22/2009 | | | | |
| **Hogan Total** | | **85,834.47** | | 553 N Homerest Ave | West Covina | CA | 91791 |
| | | | | | | | |
| Lee | Alexander | 4,375.00 | 1/16/2009 | | | | |
| Lee | Alexander | 4,375.00 | 1/30/2009 | | | | |
| Lee | Alexander | 4,375.00 | 2/16/2009 | | | | |
| Lee | Alexander | 4,375.00 | 2/27/2009 | | | | |
| Lee | Alexander | 4,375.00 | 3/16/2009 | | | | |
| Lee | Alexander | 4,375.00 | 4/1/2009 | | | | |
| Lee | Alexander | 7,272.73 | 4/22/2009 | | | | |
| Lee | Alexander | 10,000.00 | 4/22/2009 | | | | |
| Lee | Alexander | 20,000.00 | 4/22/2009 | | | | |
| Lee | Alexander | 45,500.00 | 4/22/2009 | | | | |
| **Lee Total** | | **109,022.73** | | 1132 7th St #1 | Santa Monica | CA | 90403 |

| Last | First | Gross Payroll | Date | Address | City | State | Zip Code |
|------|-------|---------------|------|---------|------|-------|----------|
| Martinez | Arturo B | 640.00 | 1/9/2009 | | | | |
| Martinez | Arturo B | 640.00 | 1/16/2009 | | | | |
| Martinez | Arturo B | 832.00 | 1/23/2009 | | | | |
| Martinez | Arturo B | 640.00 | 1/30/2009 | | | | |
| Martinez | Arturo B | 664.00 | 2/6/2009 | | | | |
| Martinez | Arturo B | 712.00 | 2/13/2009 | | | | |
| Martinez | Arturo B | 640.00 | 2/20/2009 | | | | |
| Martinez | Arturo B | 736.00 | 2/27/2009 | | | | |
| Martinez | Arturo B | 640.00 | 3/6/2009 | | | | |
| Martinez | Arturo B | 640.00 | 3/13/2009 | | | | |
| Martinez | Arturo B | 640.00 | 3/20/2009 | | | | |
| Martinez | Arturo B | 640.00 | 3/27/2009 | | | | |
| Martinez | Arturo B | 640.00 | 4/3/2009 | | | | |
| Martinez | Arturo B | 640.00 | 4/10/2009 | | | | |
| Martinez | Arturo B | 640.00 | 4/17/2009 | | | | |
| Martinez | Arturo B | 640.00 | 4/22/2009 | | | | |
| Martinez | Arturo B | 768.00 | 4/22/2009 | | | | |
| **Martinez Total** | | **11,392.00** | | 17359 Hibiscus St | Fontana | CA | 92335 |
| Park | Yooncho | 1,875.00 | 1/16/2009 | | | | |
| Park | Yooncho | 1,875.00 | 1/30/2009 | | | | |
| Park | Yooncho | 1,875.00 | 2/16/2009 | | | | |
| Park | Yooncho | 1,875.00 | 2/27/2009 | | | | |
| Park | Yooncho | 1,875.00 | 3/16/2009 | | | | |
| Park | Yooncho | 1,875.00 | 4/1/2009 | | | | |
| Park | Yooncho | 2,727.27 | 4/22/2009 | | | | |
| Park | Yooncho | 3,750.00 | 4/22/2009 | | | | |
| Park | Yooncho | 15,000.00 | 4/22/2009 | | | | |
| **Park Total** | | **32,727.27** | | 11033 Meyers Dr | Rancho Cucamonga | CA | 91730 |
| Redwine | Kent | 4,545.45 | 4/22/2009 | | | | |
| Redwine | Kent | 6,250.00 | 4/22/2009 | | | | |
| Redwine | Kent | 56,250.00 | 4/22/2009 | | | | |
| **Redwine Total** | | **67,045.45** | | 1370 Filbert St #5 | San Francisco | CA | 94109 |
| Reinhard | Frank R | 4,166.67 | 1/16/2009 | | | | |
| Reinhard | Frank R | 4,166.67 | 1/30/2009 | | | | |
| Reinhard | Frank R | 4,166.67 | 2/16/2009 | | | | |
| Reinhard | Frank R | 4,166.67 | 2/27/2009 | | | | |
| Reinhard | Frank R | 4,166.67 | 3/16/2009 | | | | |
| Reinhard | Frank R | 4,166.67 | 4/1/2009 | | | | |
| Reinhard | Frank R | 3,787.88 | 4/22/2009 | | | | |
| Reinhard | Frank R | 5,208.33 | 4/22/2009 | | | | |
| Reinhard | Frank R | 8,333.28 | 4/22/2009 | | | | |
| **Reinhard Total** | | **42,329.51** | | 3046 Prospect Ave | La Crescenta | CA | 91214 |
| Troutman | James M | 1,000.00 | 1/9/2009 | | | | |
| Troutman | James M | 1,000.00 | 1/16/2009 | | | | |
| Troutman | James M | 1,000.00 | 1/23/2009 | | | | |
| Troutman | James M | 1,000.00 | 1/30/2009 | | | | |
| Troutman | James M | 1,000.00 | 2/6/2009 | | | | |
| Troutman | James M | 1,000.04 | 2/13/2009 | | | | |
| Troutman | James M | 1,000.00 | 2/20/2009 | | | | |
| Troutman | James M | 1,000.00 | 2/27/2009 | | | | |
| Troutman | James M | 1,000.00 | 3/6/2009 | | | | |
| Troutman | James M | 1,000.00 | 3/13/2009 | | | | |
| Troutman | James M | 1,000.00 | 3/20/2009 | | | | |
| Troutman | James M | 1,000.00 | 3/27/2009 | | | | |

**In re Phoenix MC, Inc.**
**Case No. 6:09-bk-18312-TD**
**Item 3.b Payments Made to Creditors (Employees)**

| Last | First | Gross Payroll | Date | Address | City | State | Zip Code |
|------|-------|---------------|------|---------|------|-------|----------|
| Troutman | James M | 1,000.00 | 4/3/2009 | | | | |
| Troutman | James M | 1,000.00 | 4/10/2009 | | | | |
| Troutman | James M | 1,000.00 | 4/17/2009 | | | | |
| Troutman | James M | 1,000.00 | 4/22/2009 | | | | |
| Troutman | James M | 1,200.00 | 4/22/2009 | | | | |
| Troutman Total | | 17,200.04 | | 931 Gehrig Ave | Placentia | CA | 92870 |
| | | | | | | | |
| Ulrich | Wayne J | 2,812.50 | 1/16/2009 | | | | |
| Ulrich | Wayne J | 2,812.50 | 1/30/2009 | | | | |
| Ulrich | Wayne J | 2,812.50 | 2/16/2009 | | | | |
| Ulrich | Wayne J | 2,812.50 | 2/27/2009 | | | | |
| Ulrich | Wayne J | 2,812.50 | 3/16/2009 | | | | |
| Ulrich | Wayne J | 2,812.50 | 4/1/2009 | | | | |
| Ulrich | Wayne J | 4,090.91 | 4/22/2009 | | | | |
| Ulrich | Wayne J | 5,625.00 | 4/22/2009 | | | | |
| Ulrich | Wayne J | 22,500.00 | 4/22/2009 | | | | |
| Ulrich Total | | 49,090.91 | | 21517 Olmstead | Dearborn | MI | 48124 |
| | | | | | | | |
| Weinberger | David A | 3,762.50 | 1/16/2009 | | | | |
| Weinberger | David A | 3,762.50 | 1/30/2009 | | | | |
| Weinberger | David A | 3,762.50 | 2/16/2009 | | | | |
| Weinberger | David A | 3,762.50 | 2/27/2009 | | | | |
| Weinberger | David A | 3,762.50 | 3/16/2009 | | | | |
| Weinberger | David A | 3,762.50 | 4/1/2009 | | | | |
| Weinberger | David A | 2,736.36 | 4/22/2009 | | | | |
| Weinberger | David A | 3,762.50 | 4/22/2009 | | | | |
| Weinberger Total | | 29,073.86 | | 32036 Mill Stream Rd | Trabuco Canyon | CA | 92679 |
| | | | | | | | |
| Winter | Julia K | 2,437.50 | 1/16/2009 | | | | |
| Winter | Julia K | 2,437.50 | 1/30/2009 | | | | |
| Winter | Julia K | 2,437.50 | 2/16/2009 | | | | |
| Winter | Julia K | 2,437.50 | 2/27/2009 | | | | |
| Winter | Julia K | 2,437.50 | 3/16/2009 | | | | |
| Winter | Julia K | 2,437.50 | 4/1/2009 | | | | |
| Winter | Julia K | 1,969.69 | 4/22/2009 | | | | |
| Winter | Julia K | 2,166.64 | 4/22/2009 | | | | |
| Winter | Julia K | 2,708.33 | 4/22/2009 | | | | |
| Winter Total | | 21,469.66 | | 2800 E Riverside Dr #228 | Ontario | CA | 91761 |
| | | | | | | | |
| Grand Total | | 782,833.88 | | | | | |

Attachment
Item 3.c. Payments to Insiders

| Last | First | Gross Payroll | Date | Relationship | Street1 | Street2 | City | State | Zip |
|------|-------|--------------|------|--------------|---------|---------|------|-------|-----|
| Balkman | Thad H | 6,250.00 | 5/1/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 5/16/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 5/30/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 6/15/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 7/1/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 7/16/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 8/1/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 8/15/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 8/29/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 9/16/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 10/1/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 10/16/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 10/31/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 11/14/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 11/26/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 12/16/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 12/31/2008 | | | | | | |
| Balkman | Thad H | 6,250.00 | 1/16/2009 | | | | | | |
| Balkman | Thad H | 6,250.00 | 1/30/2009 | | | | | | |
| Balkman | Thad H | 6,250.00 | 2/16/2009 | | | | | | |
| Balkman | Thad H | 6,250.00 | 2/27/2009 | | | | | | |
| Balkman | Thad H | 6,250.00 | 3/16/2009 | | | | | | |
| Balkman | Thad H | 20,673.08 | 4/1/2009 | | | | | | |
| **Balkman Total** | | 158,173.08 | | General Counsel | 3403 36th Ave NE | | Norman | OK | 73026 |
| | | | | | | | | | |
| Elliott | Daniel J | 11,000.00 | 5/1/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 5/16/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 5/30/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 6/15/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 7/1/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 7/16/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 8/1/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 8/15/2008 | | | | | | |
| Elliott | Daniel J | 11,000.00 | 8/29/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 9/16/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 10/1/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 10/16/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 10/31/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 11/14/2008 | | | | | | |
| Elliott | Daniel J | 9,900.00 | 11/26/2008 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 12/16/2008 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 12/31/2008 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 1/16/2009 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 1/30/2009 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 2/16/2009 | | | | | | |
| Elliott | Daniel J | 9,000.00 | 2/20/2009 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 2/27/2009 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 3/16/2009 | | | | | | |
| Elliott | Daniel J | 5,500.00 | 4/1/2009 | | | | | | |
| Elliott | Daniel J | 7,272.73 | 4/22/2009 | | | | | | |
| Elliott | Daniel J | 10,000.00 | 4/22/2009 | | | | | | |
| Elliott | Daniel J | 20,000.00 | 4/22/2009 | | | | | | |
| Elliott | Daniel J | 61,346.51 | 4/22/2009 | | | | | | |
| **Elliott Total** | | 310,019.24 | | President/CEO/Chairman | 6984 Golden Rain Way | | Rancho Cucamonga | CA | 91739 |
| | | | | | | | | | |
| Hogan | Dennis J | 7,200.00 | 5/1/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 5/16/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 5/30/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 6/15/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 7/1/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 7/16/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 8/1/2008 | | | | | | |

In re Phoenix MC, Inc.
Case No. 6:09-bk-18312-TD
Item 3.c.  Payments Made to Insiders

| Last | First | Gross Payroll | Date | Relationship | Street1 | Street2 | City | State | Zip |
|------|-------|--------------|------|--------------|---------|---------|------|-------|-----|
| Hogan | Dennis J | 7,200.00 | 8/15/2008 | | | | | | |
| Hogan | Dennis J | 7,200.00 | 8/29/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 9/16/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 10/1/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 10/16/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 10/31/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 11/14/2008 | | | | | | |
| Hogan | Dennis J | 6,480.00 | 11/26/2008 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 12/16/2008 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 12/31/2008 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 1/16/2009 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 1/30/2009 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 2/16/2009 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 2/27/2009 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 3/16/2009 | | | | | | |
| Hogan | Dennis J | 3,600.00 | 4/1/2009 | | | | | | |
| Hogan | Dennis J | 5,655.27 | 4/22/2009 | | | | | | |
| Hogan | Dennis J | 7,776.00 | 4/22/2009 | | | | | | |
| Hogan | Dennis J | 15,552.00 | 4/22/2009 | | | | | | |
| Hogan | Dennis J | 35,251.20 | 4/22/2009 | | | | | | |
| Hogan Total | | 196,714.47 | | CFO/Secretary/Treasurer | 553 N Homerest Ave | | West Covina | CA | 91791 |
| | | | | | | | | | |
| Lee | Alexander | 8,977.27 | 5/1/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 5/16/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 5/30/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 6/15/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 7/1/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 7/16/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 8/1/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 8/15/2008 | | | | | | |
| Lee | Alexander | 8,750.00 | 8/29/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 9/16/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 10/1/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 10/16/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 10/31/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 11/14/2008 | | | | | | |
| Lee | Alexander | 7,875.00 | 11/26/2008 | | | | | | |
| Lee | Alexander | 4,375.00 | 12/16/2008 | | | | | | |
| Lee | Alexander | 4,375.00 | 12/31/2008 | | | | | | |
| Lee | Alexander | 4,375.00 | 1/16/2009 | | | | | | |
| Lee | Alexander | 4,375.00 | 1/30/2009 | | | | | | |
| Lee | Alexander | 4,375.00 | 2/16/2009 | | | | | | |
| Lee | Alexander | 4,375.00 | 2/27/2009 | | | | | | |
| Lee | Alexander | 4,375.00 | 3/16/2009 | | | | | | |
| Lee | Alexander | 4,375.00 | 4/1/2009 | | | | | | |
| Lee | Alexander | 7,272.73 | 4/22/2009 | | | | | | |
| Lee | Alexander | 10,000.00 | 4/22/2009 | | | | | | |
| Lee | Alexander | 20,000.00 | 4/22/2009 | | | | | | |
| Lee | Alexander | 45,500.00 | 4/22/2009 | | | | | | |
| Lee Total | | 244,000.00 | | COO | 1132 7th St #1 | | Santa Monica | CA | 90403 |
| | | | | | | | | | |
| Grand Total | | 908,906.79 | | | | | | | |



LIST OF EQUITY HOLDERS

# United States Bankruptcy Court
## Central District of California

In re   **Phoenix MC, Inc.**

Debtor(s)

Case No.   **6:09-bk-18312-TD**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AES Corporation**<br>4300 Wilson Blvd, 11th floor<br>Arlington, VA 22203 | Series A Preferred | 2,549,394<br>12.67% of Voting Stock | Preferred |
| **Al Yousuf, LLC**<br>PO Box 25<br>Dubai UAE | Series A Preferred | 8,091,230<br>40.22% of Voting Stock | Preferred |
| **All Electric LLC**<br>416 Bryant Circle #C<br>Ojai CA93023 | Common | 5,375,321<br>26.72% of Voting Stock | Common |
| **The Quercus Trust**<br>1835 Newport Blvd<br>A109 ~ PMB 467<br>Costa Mesa, CA 92627 | Series A Preferred | 4,100,000<br>20.38% of Voting Stock | Preferred |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>CFO and Secretary/Treasurer</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 12, 2009

Signature   *Dennis J Hogan*

Dennis J Hogan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.