Mark Dukas
Eagle Partners LLC
455 Market Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 433-3020

FOR COURT USE ONLY

**FILED**
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:

PHOENIX MC, INC.,

Debtor.

CHAPTER 11

CASE NUMBER 6:09-bk-18312-TD

DATE: January 14, 2010
TIME: 10:00 a.m.
COURTROOM: 303

## APPORTION FOR PAYMENT OF:
☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

1. Name of Applicant (*specify*): Eagle Partners LLC

2. Type of Services Rendered:
   a. ☐ Attorney for (*specify*):
   b. ☐ Accountant for (*specify*):
   c. ☒ Other Professional (*specify*): Investment Banker and Financial Advisor

3. Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: April 27, 2009

4. Date of Entry of Order Approving Applicant's Employment: May 12, 2009. A copy attached.

5. Date of Filing of last Fee and/or Expense Application: N/A

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $

   a. Retainer received: $0

   b. Retainer remaining as of the date of this application: $0

   c. Total amount requested in all prior applications: $60,000.00 paid per employment order

   d. Total amount actually paid pursuant to prior approved applications: $0

   e. Total amount currently due but unpaid pursuant to prior approved applications: $0

   f. Total amount allowed but reserved pending final fee application: $0

(Continued on next page)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
534548v.1

F 2016-1.2

Fee/Expense Application - *Page 2*    F 2016-1.2

| In re<br>PHOENIX MC, INC.<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 6:09-bk-18312-TD |
|---|---|

7. **Summary of Requested Fees:** (Attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | x | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Mark Dukas | $ N/A. Paid monthly fees of $25,000 and $35,000 per Bankruptcy Code section 328 | x | | = | $ |
| b. | $ | x | | = | $ |
| c. | $ | x | | = | $ |
| d. | $ | x | | = | $ |
| e. | $ | x | | = | $ |
| f. | $ | x | | = | $ |

g. ☐ Continued on Attached Page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: N/A                ☐ See Attached Page

9. Bonus requested (final fee applications only): $ N/A
   (Attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION:** $60,000 (already paid).

11. Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications): $N/A

12. **Summary of Requested Expense Reimbursement:** (Attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. N/A | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |

g. ☐ Continued on Attached Page

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $None

14. Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1 (*specify*):

15. Total Number of attached pages of supporting documentation:    5 (copy of the employment order)

16. Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
534548v.1

F 2016-1.2
2

LEONARD N. HECHT
Chrysalis Capital Group
18241 Lake Encino Drive
Encino, CA 91316
Telephone: (818) 996-9192
Fax: (818) 996-9194

FOR COURT USE ONLY

FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:

PHOENIX MC, INC.,

Debtor.

CHAPTER 11

CASE NUMBER 6:09-bk-18312-TD

DATE: January 14, 2010

TIME: 10:00 a.m.

COURTROOM: 303

# APPLICATION FOR PAYMENT OF:
☐ INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)
☒ FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)

1. Name of Applicant (specify): Chrysalis Capital Group

2. Type of Services Rendered:
   a. ☐ Attorney for (specify):
   b. ☐ Accountant for (specify):
   c. ☒ Other Professional (specify): Investment Banker and Financial Advisor

3. Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: April 27, 2009

4. Date of Entry of Order Approving Applicant's Employment: May 12, 2009. A copy attached.

5. Date of Filing of last Fee and/or Expense Application: N/A

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $

   a. Retainer received: $0

   b. Retainer remaining as of the date of this application: $0

   c. Total amount requested in all prior applications: $10,000.00 paid per employment order

   d. Total amount actually paid pursuant to prior approved applications: $0

   e. Total amount currently due but unpaid pursuant to prior approved applications: $0

   f. Total amount allowed but reserved pending final fee application: $0

(Continued on next page)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
534546v.1

F 2016-1.2

| In re: Phoenix MC, Inc., a Delaware corporation | Chapter 11 |
|---|---|
| Debtor(s). | Case No.: 6:09-bk-18312-TD |

###

#### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHRYSALIS CAPITAL GROUP, LLC AS THE DEBTOR'S INVESTMENT BANKER AND FINANCIAL ADVISOR** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 12, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Please see following page.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Please see following page.

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                    F 9013-3.1

486823v.1

8

EXHIBIT A

| In re: Phoenix MC, Inc., a Delaware corporation | Chapter 11 |
| Debtor(s). | Case No.: 6:09-bk-18312-TD |

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC
lfenning@dl.com

Jonathan G Fetterly on behalf of Creditor UQM Technologies
jon.fetterly@hro.com

James Andrew Hinds on behalf of Creditor Edward Jones
jhinds@jhindslaw.com

Ivan L Kallick on behalf of Creditor Merriman Curhan Ford
ikallick@manatt.com, ihernandez@manatt.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Paul R Shankman on behalf of Creditor Edward Jones
pshankman@jhindslaw.com

James A Timko on behalf of Creditor MEF Realty, LLC
jtimko@allenmatkins.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Scott H Yun on behalf of Debtor Phoenix MC, Inc.
syun@stutman.com

### SERVICE BY THE COURT/BNC

| N/A | |

### TO BE SERVED BY THE DEBTOR BY U.S. MAIL

| Debtor | United States Trustee | Applicant- Debtor's Investment |
| Phoenix MC, Inc. | Attn: Elizabeth A. Lossing | Banker and Financial Advisor |
| Attn: Daniel J. Elliott | 3685 Main Street | Chrysalis Capital Group |
| President & CEO | Suite 300 | Attn: Leonard Hecht |
| 401 S. Doubleday Avenue | Riverside, CA 92501 | 18241 Lake Encino Drive |
| Ontario, CA 91761 | | Encino, CA 91316 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                      F 9013-3.1

486823v.1

9

**EXHIBIT A**

| In re: Phoenix MC, Inc., a Delaware corporation, | Ch. 11 |
|---|---|
| Debtor(s). | Case No. 6:09-bk-18312-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Stutman, Treister & Glatt, P.C., 1901 Avenue Of The Stars, 12th Floor, Los Angeles, CA 90067.**

The foregoing document described as **CHRYSALIS CAPITAL GROUP'S APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See following page.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/23/2009 | Claudia C. Lee | /s/ Claudia C. Lee |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**

534615v1

| In re: Phoenix MC, Inc., a Delaware corporation, | Ch. 11 |
|---|---|
| Debtor. | Case No. 6:09-bk-18312-TD |

## SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC
Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com

Jonathan G Fetterly on behalf of Creditor UQM Technologies
jon.fetterly@hro.com

James Andrew Hinds on behalf of Creditor Edward Jones
jhinds@jhindslaw.com

Eric E Johnson on behalf of Creditor UQM Technologies
eric.johnson@hro.com

Ivan L Kallick on behalf of Creditor Merriman Curhan Ford
ikallick@manatt.com, ihernandez@manatt.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee
lew@landaunet.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Avi Muhtar on behalf of Debtor Phoenix MC, Inc.
amuhtar@stutman.com

Paul R Shankman on behalf of Creditor Edward Jones
pshankman@jhindslaw.com

James A Timko on behalf of Creditor MEF Realty, LLC
jtimko@allenmatkins.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Scott H Yun on behalf of Debtor Phoenix MC, Inc.
syun@stutman.com

| In re: Phoenix MC, Inc., a Delaware corporation, Debtor. | Ch. 11 Case No. 6:09-bk-18312-TD |
|---|---|

## SERVICE BY OVERNIGHT COURIER SERVICE (FedEx)

Honorable Thomas Donovan
United States Bankruptcy Court
Central District of California
255 E. Temple St., Courtroom 1345
Los Angeles, CA 90012

## SERVICE BY U.S. MAIL

Debtor
Phoenix MC, Inc.
401 S. Doubleday Avenue
Ontario, CA 91761
Attn: Daniel J. Elliott, President & CEO

Attys for UQM Technologies, Inc.
Lawrence P. Ebiner; Jonathan G.
Fetterly; David Wilson
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Flr.
Los Angeles, CA 90015

UQM Technologies, Inc.
7501 Miller Drive
PO Box 439
Frederick, CO 80540
Attn: Donald A. French

Attys for Boshart Engineering, Inc.
Timothy M. Younger, Esq.
Younger & Associates
10681 Foothill Boulevard, Suite 280
Rancho Cucamonga, CA 91730

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main Street Suite 300
Riverside, CA 92501

Counsel for Secured Lender
Lisa Hill Fenning
Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Attys for Merriman Curhan Ford
Ivan L. Kallick, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Timothy Yoo
Robinson, Diamant & Wolkowitz
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Lewis R. Landau, Esq.
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Boshart Engineering
1175 N. Del Rio Pl
Ontario, CA 91764
Attn: Ken Boshart

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1
534615v1

B 210A (Form 210A) (12/09)



FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk
017

# United States Bankruptcy Court

__Central__ District Of __California__

In re __KENNETH L SUMMERS__,         Case No. __09-16602__ TD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__JEFFERSON CAPITAL SYSTEMS LLC__
Name of Transferee

__FOURSCORE RESOURCE CAPITAL LLC__
Name of Transferor

Name and Address where notices to transferee should be sent:
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Court Claim # (if known): __1__
Amount of Claim: __$1769.28__
Date Claim Filed: __5/7/2009__

Phone: __800-928-7314__
Last Four Digits of Acct #: __1349__

Phone: __952-253-6300 EXT:__
Last Four Digits of Acct #: __1349__

Name and Address where transferee payments should be sent (if different from above):
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185
Phone: __800-928-7314__
Last Four Digits of Acct #: __1349__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sarah Miller_         Date: __12/22/2009__
   SARAH MILLER
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EXHIBIT H

### WAIVER OF NOTICE OF TRANSFER OF CLAIM

FOURSCORE RESOURCE CAPITAL, LLC ("Transferor") is a limited liability company under the laws of the State of MINNESOTA, maintaining a place of business at 7900 HIGHWAY 7, SUITE 200 ST. LOUIS PARK, MN 55426. Transferor has sold and assigned certain claims to JEFFERSON CAPITAL SYSTEMS, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Georgia maintaining a place of business at 245 PERIMETER CENTER, SUITE 600, ATLANTA, GA 30346. Said claims arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing a Chapter 7 or 13 proceeding under the United States Bankruptcy Code.

Proof of Claims with respect to the Accounts may have been filed under any of the following names:

FOURSCORE RESOURCE CAPITAL, LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Proceedings 3001 (e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this waiver under its corporate seal by and through its duly authorized officer this thirty-first ( 13 ) day of February, 2007.

FOURSCORE RESOURCE CAPITAL, LLC, Transferor

By: _____

Title: CEO

Attest: _____

Title: _____

B 210A (Form 210A) (12/09)

FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk
017

# United States Bankruptcy Court

Central District Of California

In re **VERONICA A LEAHY**,    Case No. **09-13616** TD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS LLC** | **FOURSCORE RESOURCE CAPITAL LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Phone: **800-928-7314**
Last Four Digits of Acct #: **2449**

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185**
Phone: **800-928-7314**
Last Four Digits of Acct #: **2449**

Court Claim # (if known): **8**
Amount of Claim: **$1857.75**
Date Claim Filed: **4/9/2009**

Phone: **952-253-6300 EXT:**
Last Four Digits of Acct #: **2449**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sarah Miller    Date: **12/22/2009**
**SARAH MILLER**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT H

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

FOURSCORE RESOURCE CAPITAL, LLC ("Transferor") is a limited liability company under the laws of the State of MINNESOTA, maintaining a place of business at 7900 HIGHWAY 7, SUITE 200 ST. LOUIS PARK, MN 55426. Transferor has sold and assigned certain claims to JEFFERSON CAPITAL SYSTEMS, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Georgia maintaining a place of business at 245 PERIMETER CENTER, SUITE 600, ATLANTA, GA 30346. Said claims arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing a Chapter 7 or 13 proceeding under the United States Bankruptcy Code.

Proof of Claims with respect to the Accounts may have been filed under any of the following names:

FOURSCORE RESOURCE CAPITAL, LLC

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim filed by the Transferee pursuant to Federal Rule of Bankruptcy Proceedings 3001 (e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this waiver under its corporate seal by and through its duly authorized officer this thirty-first ( 13 ) day of February, 2007.

FOURSCORE RESOURCE CAPITAL, LLC, Transferor

By: _____

Title: CEO

Attest: _____

Title: _____