LEONARD N. HECHT
Chrysalis Capital Group
18241 Lake Encino Drive
Encino, CA 91316
Telephone: (818) 996-9192
Fax: (818) 996-9194

FOR COURT USE ONLY

FILED
DEC 28 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:

PHOENIX MC, INC.,

Debtor.

CHAPTER 11
CASE NUMBER 6:09-bk-18312-TD
DATE: January 14, 2010
TIME: 10:00 a.m.
COURTROOM: 303

## APPLICATION FOR PAYMENT OF:
☐ INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)
☒ FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)

1. Name of Applicant (*specify*): Chrysalis Capital Group

2. Type of Services Rendered:
   a. ☐ Attorney for (*specify*):
   b. ☐ Accountant for (*specify*):
   c. ☒ Other Professional (*specify*): Investment Banker and Financial Advisor

3. Date of Filing of Petition under Chapter 11 of the Bankruptcy Code: April 27, 2009

4. Date of Entry of Order Approving Applicant's Employment: May 12, 2009. A copy attached.

5. Date of Filing of last Fee and/or Expense Application: N/A

6. Total Fees allowed or paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $

   a. Retainer received: $0

   b. Retainer remaining as of the date of this application: $0

   c. Total amount requested in all prior applications: $10,000.00 paid per employment order

   d. Total amount actually paid pursuant to prior approved applications: $0

   e. Total amount currently due but unpaid pursuant to prior approved applications: $0

   f. Total amount allowed but reserved pending final fee application: $0

*(Continued on next page)*

Fee/Expense Application - *Page 2*                                    F 2016-1.2

| In re<br>PHOENIX MC, INC.<br>Debtor. | CHAPTER 11<br>CASE NUMBER 6:09-bk-18312-TD |
|---|---|

7. **Summary of Requested Fees:** (Attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | x | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Leonard N. Hecht | $ N/A. Paid a one time monthly payment of $10,000 per Bankruptcy Code section 328 | x | | = | $ |
| b. | $ | x | | = | $ |
| c. | $ | x | | = | $ |
| d. | $ | x | | = | $ |
| e. | $ | x | | = | $ |
| f. | $ | x | | = | $ |

g. ☐ Continued on Attached Page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: N/A
☐ See Attached Page

9. Bonus requested (final fee applications only): $ N/A
(Attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION:** $10,000 (already paid).

11. Total Expenses paid to Applicant to Date (including Retainers and Prior Approved Expense Applications): $N/A

12. **Summary of Requested Expense Reimbursement:** (Attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a.    N/A | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |

g. ☐ Continued on Attached Page

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ None

14. Applicant submits the following in support of the Application herein pursuant to Local Bankruptcy Rule 2016-1 (*specify*):

15. Total Number of attached pages of supporting documentation:   5 (copy of the employment order)

16. Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
534546v.1

F 2016-1.2
2

| Fee/Expense Application - *Page 3* | | F 2016-1.2 |
|---|---|---|
| In re<br>PHOENIX MC, INC. | CHAPTER 11 | |
| | Debtor. | CASE NUMBER 6:09-bk-18312-TD |

17.   Executed on the 22 day of December, 2009, at Encino, California.

Leonard N. Hecht
*Type Name of Applicant*

*Signature of Applicant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
534546v.1

F 2016-1.2

3

DEC-22-2009  11:07         818 996 9194              95%              P.02

# EXHIBIT A

GARY E. KLAUSNER (STATE BAR NO. 69077)
gklausner@stutman.com
SCOTT H. YUN (STATE BAR NO. 185190)
syun@stutman.com
AVI E. MUHTAR (STATE BAR NO. 260728)
amuhtar@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788

[Proposed] Bankruptcy Counsel
for Debtor and Debtor in Possession

Debtor's Mailing Address:
401 S. Doubleday Avenue
Ontario, CA 91761

FILED
MAY 1 2 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

ENTERED
MAY 1 2 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re

PHOENIX MC, INC., a Delaware corporation,

Debtor.

Tax I.D. 26-1212228

Case No. 6:09-bk-18312-TD

Chapter 11

ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHRYSALIS CAPITAL GROUP, LLC AS THE DEBTOR'S INVESTMENT BANKER AND FINANCIAL ADVISOR

Hearing

Date: May 12, 2009
Time: 2:00 p.m.
Place: Courtroom 1345, 255 E. Temple Street
Los Angeles, CA 90012
or
Courtroom 303, 3420 Twelfth Street
Riverside, CA 92501-3819

486823v.1

EXHIBIT A

5

WHEREAS, the Debtor's "Emergency Application for Order Authorizing the Employment and Retention of Chrysalis Capital Group, LLC as the Debtor's Investment Banker and Financial Advisor" (the "Application") came on for hearing before the Honorable Thomas B. Donovan in Courtroom 303 of the above-entitled Court, located at 3420 Twelfth Street, Riverside, California on May 12, 2009 at 2:00 p.m.;

WHEREAS, the Court has reviewed and considered the Application, the Declaration of Leonard Hecht in support of thereof, and the engagement letter dated May 4, 2009 (the "Engagement Letter") attached as Exhibit "B" to the Application;

WHEREAS, it appears that Chrysalis Capital Group, LLC ("Chrysalis") is a "disinterested" person as that term is defined in 11 U.S.C. § 101(14);

WHEREAS, it appears that sufficient cause exists to waive the requirements of Rule 6003(a) of the Federal Rules of Bankruptcy Procedure; and

WHEREAS, it appears that due and sufficient notice of the Application and hearing thereon, as appropriate under the circumstances, was given to all parties in interest entitled to notice as evidenced by the declarations of service attached thereto, and good cause appears for the relief requested,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Application is approved.

2. The employment of Chrysalis as the Debtor's investment banker and financial advisor is authorized pursuant to 11 U.S.C. § 327.

3. Pursuant to 11 U.S.C. § 328, the Debtor is authorized to pay Chrysalis in accordance with the terms of the Engagement Letter; provided that all such payments shall remain subject to final approval by this Court following the submission of a final fee application.

DATED: 5/12, 2009

HONORABLE THOMAS B. DONOVAN
UNITED STATES BANKRUPTCY JUDGE

486823v.1

2

**EXHIBIT A**

1 | Presented by:

2 | /s/ Scott H. Yun
SCOTT H. YUN
3 | Stutman, Treister & Glatt
[Proposed] Bankruptcy Counsel for
4 | Debtor and Debtor in Possession

5 ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

486823v.1

EXHIBIT A

| In re: Phoenix MC, Inc., a Delaware corporation | Chapter 11 |
|---|---|
| Debtor(s). | Case No.: 6:09-bk-18312-TD |

###

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHRYSALIS CAPITAL GROUP, LLC AS THE DEBTOR'S INVESTMENT BANKER AND FINANCIAL ADVISOR** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 12, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Please see following page.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Please see following page.

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 9013-3.1
486823v.1    8

EXHIBIT A

| In re: Phoenix MC, Inc., a Delaware corporation    Debtor(s). | Chapter 11<br>Case No.: 6:09-bk-18312-TD |
|---|---|

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC
lfenning@dl.com

Jonathan G Fetterly on behalf of Creditor UQM Technologies
jon.fetterly@hro.com

James Andrew Hinds on behalf of Creditor Edward Jones
jhinds@jhindslaw.com

Ivan L Kallick on behalf of Creditor Merriman Curhan Ford
ikallick@manatt.com, ihernandez@manatt.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Paul R Shankman on behalf of Creditor Edward Jones
pshankman@jhindslaw.com

James A Timko on behalf of Creditor MEF Realty, LLC
jtimko@allenmatkins.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Scott H Yun on behalf of Debtor Phoenix MC, Inc.
syun@stutman.com

## SERVICE BY THE COURT/BNC

| N/A | |
|---|---|

## TO BE SERVED BY THE DEBTOR BY U.S. MAIL

| Debtor<br>Phoenix MC, Inc.<br>Attn: Daniel J. Elliott<br>President & CEO<br>401 S. Doubleday Avenue<br>Ontario, CA 91761 | United States Trustee<br>Attn: Elizabeth A. Lossing<br>3685 Main Street<br>Suite 300<br>Riverside, CA 92501 | Applicant- Debtor's Investment<br>Banker and Financial Advisor<br>Chrysalis Capital Group<br>Attn: Leonard Hecht<br>18241 Lake Encino Drive<br>Encino, CA 91316 |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                    F 9013-3.1

486823v.1

9

EXHIBIT A

| In re: Phoenix MC, Inc., a Delaware corporation, | Ch. 11 |
|---|---|
| Debtor(s). | Case No. 6:09-bk-18312-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Stutman, Treister & Glatt, P.C., 1901 Avenue Of The Stars, 12th Floor, Los Angeles, CA 90067.**

The foregoing document described as **CHRYSALIS CAPITAL GROUP'S APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See following page.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/23/2009 | Claudia C. Lee | /s/ Claudia C. Lee |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                             F 9013-3.1
534615v1

| In re: Phoenix MC, Inc., a Delaware corporation, Debtor. | Ch. 11 Case No. 6:09-bk-18312-TD |
|---|---|

## SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC
Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com

Jonathan G Fetterly on behalf of Creditor UQM Technologies
jon.fetterly@hro.com

James Andrew Hinds on behalf of Creditor Edward Jones
jhinds@jhindslaw.com

Eric E Johnson on behalf of Creditor UQM Technologies
eric.johnson@hro.com

Ivan L Kallick on behalf of Creditor Merriman Curhan Ford
ikallick@manatt.com, ihernandez@manatt.com

Lewis R Landau on behalf of Creditor Committee Creditors Committee
lew@landaunet.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Avi Muhtar on behalf of Debtor Phoenix MC, Inc.
amuhtar@stutman.com

Paul R Shankman on behalf of Creditor Edward Jones
pshankman@jhindslaw.com

James A Timko on behalf of Creditor MEF Realty, LLC
jtimko@allenmatkins.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Scott H Yun on behalf of Debtor Phoenix MC, Inc.
syun@stutman.com

| In re: Phoenix MC, Inc., a Delaware corporation, | Ch. 11 |
|---|---|
| Debtor. | Case No. 6:09-bk-18312-TD |

## SERVICE BY OVERNIGHT COURIER SERVICE (FedEx)

Honorable Thomas Donovan
United States Bankruptcy Court
Central District of California
255 E. Temple St., Courtroom 1345
Los Angeles, CA 90012

## SERVICE BY U.S. MAIL

Debtor
Phoenix MC, Inc.
401 S. Doubleday Avenue
Ontario, CA 91761
Attn: Daniel J. Elliott, President & CEO

Attys for UQM Technologies, Inc.
Lawrence P. Ebiner; Jonathan G.
Fetterly; David Wilson
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Flr.
Los Angeles, CA 90015

UQM Technologies, Inc.
7501 Miller Drive
PO Box 439
Frederick, CO 80540
Attn: Donald A. French

Attys for Boshart Engineering, Inc.
Timothy M. Younger, Esq.
Younger & Associates
10681 Foothill Boulevard, Suite 280
Rancho Cucamonga, CA 91730

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main Street Suite 300
Riverside, CA 92501

Counsel for Secured Lender
Lisa Hill Fenning
Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Attys for Merriman Curhan Ford
Ivan L. Kallick, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Timothy Yoo
Robinson, Diamant & Wolkowitz
1888 Century Park East
Suite 1500
Los Angeles, CA 90067

Lewis R. Landau, Esq.
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Boshart Engineering
1175 N. Del Rio Pl
Ontario, CA 91764
Attn: Ken Boshart