FILED & ENTERED

JAN 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

GARY E. KLAUSNER (STATE BAR NO. 69077)
gklausner@stutman.com
SCOTT H. YUN (STATE BAR NO. 185190)
syun@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:  (310) 228-5600
Telecopy:  (310) 228-5788

Bankruptcy Counsel for Debtor
and Debtor in Possession

<u>Debtor's Mailing Address:</u>
401 S. Doubleday Avenue
Ontario, CA 91761

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>PHOENIX MC, INC., a Delaware corporation,<br><br>                Debtor.<br><br>Tax I.D.  26-1212228 | Case No. 6:09-bk-18312-TD<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST AND FINAL FEE APPLICATIONS OF ALL PROFESSIONALS EMPLOYED BY THE DEBTOR AND THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**<br><br><u>Hearing</u><br><br>Date:  January 14, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 1345<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br>              - or -<br>       Courtroom 303<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |

535312v1

Upon review and consideration of the following first and final fee applications (collectively, the "Fee Applications") filed by the professionals retained by Phoenix MC, Inc. (the "Debtor") and the Committee of Creditors Holding Unsecured Claims (the "Committee"):

    a.    "First and Final Fee Application of Stutman, Treister & Glatt Professional Corporation for Compensation of Services Rendered and Reimbursement of Expenses Incurred (4/27/09 to 11/13/09)" [Docket No. 154], as amended by the Notice of Amendment [Docket No. 160], filed by Stutman, Treister & Glatt Professional Corporation ("ST&G"), bankruptcy counsel to the Debtor;

    b.    "Application for Payment of Final Fees and/or Expenses (11 U.S.C. § 330)" [Docket No. 156], as adjusted by the Supplemental to the Final Fee Application [Docket No. 161], filed by Lewis R. Landau, Attorney at Law, counsel for the Committee;

    c.    "Application for Payment of Final Fees and/or Expenses (11 U.S.C. § 330)" [Docket No. 157] filed by Eagle Partners LLP ("Eagle Partners"), investment banker and financial advisor for the Debtor;

    d.    "Application for Payment of Final Fees and/or Expenses (11 U.S.C. § 330)" [Docket No. 158] filed by Chrysalis Capital Group ("Chrysalis"), investment banker and financial advisor for the Debtor; and

the Court finding that: (a) it has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; and (b) notices of the Fee Applications were adequate under the circumstances; and sufficient cause having been shown therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1.    Pursuant to Bankruptcy Code section 330, the Fee Applications are hereby approved and compensation is hereby allowed on a final basis as follows:

    a.    ST&G is allowed on a final basis $176,151.50 in fees and $16,018.21 in costs, for a total award of $192,169.71. After applying $48,728.55 it drew down from the retainer during the case and applying $109,324.76 that it is holding in the client trust account, ST&G is entitled to an additional payment of $34,116.40.

1

535312v1

      b.    Lewis R. Landau is allowed on a final basis $69,062.50 in fees and $654 in costs, for a total award of $69,716.50.

      c.    Eagle Partners is allowed on a final basis $60,000 in fees that the Debtor has already paid.

      d.    Chrysalis Capital is allowed on a final basis $10,000 in fees that the Debtor has already paid.

2.    Upon the entry of this Order, the Revested Debtor shall pay the following unpaid fees and costs awarded by the Court: $34,116.40 to ST&G; and $69,716.50 to Lewis R. Landau.

Presented by:

*/s/ Scott H. Yun*
SCOTT H. YUN, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Bankruptcy Counsel for the Debtor

###

DATED: January 19, 2010

_____
United States Bankruptcy Judge

2

535312v1

| In re: Phoenix MC, Inc., a Delaware corporation, | Chapter 11 |
|---|---|
| Debtor(s). | Case No.: 6:09-bk-18312-TD |

###

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **STUTMAN, TREISTER & GLATT, P.C., 1901 AVENUE OF THE STARS, 12TH FLOOR, LOS ANGELES, CA 90067.**

The foregoing document described as **ORDER GRANTING FIRST AND FINAL FEE APPLICATIONS OF ALL PROFESSIONALS EMPLOYED BY THE DEBTOR AND THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC | Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com |
| Jonathan G Fetterly on behalf of Creditor UQM Technologies | jon.fetterly@hro.com |
| James Andrew Hinds on behalf of Creditor Edward Jones | jhinds@jhindslaw.com |
| Eric E Johnson on behalf of Creditor UQM Technologies | eric.johnson@hro.com |
| Ivan L Kallick on behalf of Creditor Merriman Curhan Ford | ikallick@manatt.com, ihernandez@manatt.com |
| Lewis R Landau on behalf of Creditor Committee | lew@landaunet.com |
| Elizabeth A Lossing on behalf of US Trustee (RS) | elizabeth.lossing@usdoj.gov |
| Paul R Shankman on behalf of Creditor Edward Jones | pshankman@jhindslaw.com |
| James A Timko on behalf of Creditor MEF Realty, LLC | jtimko@allenmatkins.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Scott H Yun on behalf of Debtor Phoenix MC, Inc. | syun@stutman.com |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On January 12, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class (or air mail to the party with an out of the country address), postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Please see attached service list.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/12/2010 | Claudia C. Lee | /s/ *Claudia C. Lee* |
|---|---|---|
| | *Type Name* | *Signature* |

| | |
|---|---|
| In re: Phoenix MC, Inc., a Delaware corporation,<br><br>Debtor(s). | Chapter 11<br>Case No.: 6:09-bk-18312-TD |

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC — Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
Jonathan G Fetterly on behalf of Creditor UQM Technologies — jon.fetterly@hro.com
James Andrew Hinds on behalf of Creditor Edward Jones — jhinds@jhindslaw.com
Eric E Johnson on behalf of Creditor UQM Technologies — eric.johnson@hro.com
Ivan L Kallick on behalf of Creditor Merriman Curhan Ford — ikallick@manatt.com, ihernandez@manatt.com
Lewis R Landau on behalf of Creditor Committee — lew@landaunet.com
Elizabeth A Lossing on behalf of US Trustee (RS) — elizabeth.lossing@usdoj.gov
Paul R Shankman on behalf of Creditor Edward Jones — pshankman@jhindslaw.com
James A Timko on behalf of Creditor MEF Realty, LLC — jtimko@allenmatkins.com
United States Trustee (RS) — ustpregion16.rs.ecf@usdoj.gov
Scott H Yun on behalf of Debtor Phoenix MC, Inc. — syun@stutman.com

### SERVICE BY OVERNIGHT MAIL

Honorable Thomas Donovan
United States Bankruptcy Court
Central District of California
255 E Temple St., Courtroom 1345
Los Angeles, CA 90012

### TO BE SERVED BY THE DEBTOR BY U.S. MAIL

Debtor
Phoenix MC, Inc.
401 S. Doubleday Avenue
Ontario, CA 91761
Attn: Daniel J. Elliott, President & CEO

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main Street Suite 300
Riverside, CA 92501

CRO
Timothy Yoo
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Secured Lender
John Podgore, Dewey & LeBoeuf LLP
Suites 102-104, Level 1
The Gate Village Building 4
Dubai International Financial Center
Dubai, United Arab Emirates

Counsel for Secured Lender
Lisa Hill Fenning
Arnold & Porter LLP
777 South Figueroa St, 44th Floor
Los Angeles, CA 90017-5844

Counsel- Cmte of Unsec'd Creditors
Lewis R. Landau, Esq.
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Member, Unsec'd Creditors Cmte
UQM Technologies, Inc.
Attn: Donald A. French
7501 Miller Drive
PO Box 439
Frederick, CO 80540

Member, Unsec'd Creditors Cmte
Boshart Engineering
Attn: Ken Boshart
1175 N. Del Rio Pl
Ontario, CA 91764

Member, Unsec'd Creditors Cmte
BCII
3500 San Fernando Blvd.
Burbank, CA 91505
Attn: Greg Glass

Special Notice Party
Attys for UQM Technologies, Inc.
L.P.Ebiner; J.G.Fetterly; D.Wilson
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Flr.
Los Angeles, CA 90015

Special Notice Party
Attys for Boshart Engineering, Inc.
Timothy M. Younger, Esq.
Younger & Associates
10681 Foothill Boulevard, Suite 280
Rancho Cucamonga, CA 91730

Special Notice Party
Attys for Merriman Curhan Ford
Ivan L. Kallick, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:  Phoenix MC, Inc., a Delaware corporation, | Chapter 11 |
|---|---|
| Debtor(s). | Case No.:  6:09-bk-18312-TD |

Special Notice Party
Peter F. Nortman
Principal Engineer, President
EnergyCS
135 E. Maple Avenue, Unit C
Monrovia, CA 91016

Special Notice Party
Michael A. Dowd, CFO
BCII 3500 N. San Fernando Blvd
Burbank, CA 91505

Special Notice Party
Atty for Creditor Edward Jones
Paul R. Shankman, Esq.
Law Offices of James A. Hinds, Jr.
21515 Hawthorne Blvd., Suite 1150
Torrance, CA 90503

Investment Banker & Fin Advisor
Eagle Partners
Attn: Mark Dukas
455 Market Street, Suite 1460
San Francisco, CA 94105

Investment Banker & Fin Advisor
Chrysalis Capital Group
Attn: Leonard N. Hecht
18241 Lake Encino Drive
Encino, CA 91316

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                           **F 9013-3.1**

| In re:  Phoenix MC, Inc., a Delaware corporation, | Chapter 11 |
|---|---|
| Debtor(s). | Case No.:  6:09-bk-18312-TD |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING FIRST AND FINAL FEE APPLICATIONS OF ALL PROFESSIONALS EMPLOYED BY THE DEBTOR AND THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 7, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Please see following page.

☒    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Please see following page.

☒    Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9021-1.1**

| In re:  Phoenix MC, Inc., a Delaware corporation, | Chapter 11 |
|---|---|
| Debtor(s). | Case No.:  6:09-bk-18312-TD |

## SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Lisa Hill Fenning on behalf of Creditor Al Yousuf, LLC — Lisa.Fenning@aporter.com; Jean.Kellett@aporter.com
Jonathan G Fetterly on behalf of Creditor UQM Technologies — jon.fetterly@hro.com
James Andrew Hinds on behalf of Creditor Edward Jones — jhinds@jhindslaw.com
Eric E Johnson on behalf of Creditor UQM Technologies — eric.johnson@hro.com
Ivan L Kallick on behalf of Creditor Merriman Curhan Ford — ikallick@manatt.com, ihernandez@manatt.com
Lewis R Landau on behalf of Creditor Committee — lew@landaunet.com
Elizabeth A Lossing on behalf of US Trustee (RS) — elizabeth.lossing@usdoj.gov
Paul R Shankman on behalf of Creditor Edward Jones — pshankman@jhindslaw.com
James A Timko on behalf of Creditor MEF Realty, LLC — jtimko@allenmatkins.com
United States Trustee (RS) — ustpregion16.rs.ecf@usdoj.gov
Scott H Yun on behalf of Debtor Phoenix MC, Inc. — syun@stutman.com

## STO BE SERVED BY THE DEBTOR BY U.S. MAIL

Debtor
Phoenix MC, Inc.
Attn: Daniel J. Elliott, President & CEO
401 S. Doubleday Avenue
Ontario, CA 91761

United States Trustee
Attn: Elizabeth A. Lossing
3685 Main Street Suite 300
Riverside, CA 92501

CRO
Timothy Yoo
Robinson, Diamant & Wolkowitz
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

Secured Lender
John Podgore, Dewey & LeBoeuf LLP
Suites 102-104, Level 1
The Gate Village Building 4
Dubai International Financial Center
Dubai, United Arab Emirates

Counsel for Secured Lender
Lisa Hill Fenning
Arnold & Porter LLP
777 South Figueroa St, 44th Floor
Los Angeles, CA  90017-5844

Counsel- Cmte of Unsec'd Creditors
Lewis R. Landau, Esq.
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Member, Unsec'd Creditors Cmte
UQM Technologies, Inc.
Attn: Donald A. French
7501 Miller Drive
PO Box 439
Frederick, CO  80540

Member, Unsec'd Creditors Cmte
Boshart Engineering
Attn: Ken Boshart
1175 N. Del Rio Pl
Ontario, CA 91764

Member, Unsec'd Creditors Cmte
BCII
3500 San Fernando Blvd.
Burbank, CA 91505
Attn: Greg Glass

Special Notice Party
Attys for UQM Technologies, Inc.
L.P.Ebiner; J.G.Fetterly; D.Wilson
Holme Roberts & Owen LLP
800 West Olympic Blvd., 4th Flr.
Los Angeles, CA  90015

Special Notice Party
Attys for Boshart Engineering, Inc.
Timothy M. Younger, Esq.
Younger & Associates
10681 Foothill Boulevard, Suite 280
Rancho Cucamonga, CA 91730

Special Notice Party
Attys for Merriman Curhan Ford
Ivan L. Kallick, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064

Special Notice Party
Peter F. Nortman
Principal Engineer, President
EnergyCS
135 E. Maple Avenue, Unit C
Monrovia, CA 91016

Special Notice Party
Michael A. Dowd, CFO
BCII 3500 N. San Fernando Blvd
Burbank, CA 91505

Special Notice Party
Atty for Creditor Edward Jones
Paul R. Shankman, Esq.
Law Offices of James A. Hinds, Jr.
21515 Hawthorne Blvd., Suite 1150
Torrance, CA 90503

Investment Banker & Fin Advisor
Eagle Partners
Attn: Mark Dukas
455 Market Street, Suite 1460
San Francisco, CA 94105

Investment Banker & Fin Advisor
Chrysalis Capital Group
Attn: Leonard N. Hecht
18241 Lake Encino Drive
Encino, CA 91316

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                     **F 9021-1.1**

535312v1