**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Abram S. Feuerstein, State Bar No. 133775
Assistant United States Trustee
Everett Green, State Bar No. 237936
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, California 92501
Telephone: (951) 276-6990
Facsimile: (951) 276-6973

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>PHOENIX MC, INC.,<br><br><br><br><br><br>Debtor. | Case No. RS 09-18312-TD<br><br>Chapter 11<br><br>STIPULATION WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT UNDER 11 U.S.C. 11 § 1112(b) AND TO FIX ADMINISTRATIVE EXPENSE<br><br>Date: January 28, 2010<br>Time: 10:00 a.m.<br>Place: 303<br>　　The Hon. THOMAS B. DONOVAN<br>　　3420 Twelfth St., 3rd Floor<br>　　Riverside, CA 92501 |

TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE AND INTERESTED PARTIES:

IT IS HEREBY STIPULATED by and between PHOENIX MC, INC., and the Office of the United States Trustee, that the above-referenced motion to dismiss or convert under 11 U.S.C. Section 1112(b), with a hearing date currently set for January 28, 2010, and listed upon

///
///
///
///

1 | the United States Bankruptcy Court's Docket as item number 159, be withdrawn, *without*

2 | *prejudice.*

3
4
5                                          Respectfully submitted,
6  Date: 1-13-2010
7                                          Everett Green
                                           Trial Attorney
8                                          Office of the United States Trustee
9
10 Date: 1/14/2010
                                           Scott H. Yun
11                                         Attorney for Debtor
                                           PHOENIX MC, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   3685 Main Street, Suite 300
Riverside, CA 92501

A true and correct copy of the foregoing document described _STIPULATION WITHDRAWING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT UNDER 11 U.S.C. 11 § 1112(b) AND TO FIX ADMINISTRATIVE EXPENSE_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _January 19, 2010_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Scott H. Yun syun@stutman.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):   On January 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
By U.S. Mail:
Phoenix MC, Inc.
401 S. Doubleday Avenue
Ontario, CA 91761

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 19, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Thomas Donovan, bin outside Courtroom 303

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 19, 2010 | Bonita DeGrave | /s/ Bonita DeGrave |
|---|---|---|
| Date | Type Name | Signature |